**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

### CRIMINAL CASES

| | |
|---|---|
| **CR10-169-01-S-PAS** | **USA v. Russell Yates** |
| **CR10-169-02-S-PAS** | **USA v. Donel Pemberton** |
| | Falsely made, Forged and Counterfeited Federal Reserve Notes |
| | |
| **CR11-124-S-PAS** | **USA v. Jason Mitchner** |
| | Felon in Possession of a Firearm |
| | |
| **CR12-115-S-LDA** | **USA v. Todd McKinley** |
| | Focibly Assault, Resist and Impede a Federal Employee Engaged in his/her Official Duties |
| | |
| **CR12-120-S-PAS** | **USA v. Eric Nonhphala** |
| | Possession w/ Intent to Distr. Cocaine |
| | |
| **CR12-160-S-PAS** | **USA v. Kenneth Jackson** |
| | Possession w/Intent to Distr. Cocaine Base |

### CIVIL CASES (JURY)

| | |
|---|---|
| **CA10-415-S-LDA** | **Colleen MacDonald v. Dr. Adrienne J. Perry, et al.** |
| | Medical Malpractice |
| | |
| **CA10-211-S-PAS** | **Phone Chanthavong, et al. v. American Home Mortgage Servicing, Inc.** |
| | Consumer Credit |
| | |
| **CA10-446-S-PAS** | **Eileen Sullivan v. Michael J. King, DPM** |
| | Medical Malpractice |
| | |
| **CA12-78-S-PAS** | **Manuel Nunez v. City of Providence, et al.** |
| | Civil Rights |

**CIVIL CASES(NON-JURY)**
none


**TRIAL NOTICE**


 You are hereby notified that the above-captioned cases will be empaneled on March 15th, 2013 at 9:30 AM. Trial counsel must be present for the empanelment of the jury unless excused by the Court. The above cases may or may not be reached for trial in the order listed. It is counsel's responsibility to keep informed of the status of their cases. Any pretrial memoranda not previously filed must be filed by March 1st, 2013.

 Under Guideline 3E1.1(b)(2), only timely pleas qualify for a three level reduction for acceptance of responsibility. Any plea agreements or notices of intent to plead guilty must be filed at least seven (7) days prior to empanelment.

 Counsel are reminded that every effort should be made to settle the case before jurors are summoned for empanelment. **Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than seven (7) days before the scheduled empanelment date.** Jury costs and/or counsel fees may be assessed against one or more of the parties and/or counsel if the Court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

 Counsel must file a copy of their voir dire questions, and in civil cases, a brief statement of the facts no later than March 8th, 2013.


/s/ *William E. Smith*
Judge William E. Smith
United States District Judge
date: February 15th, 2012