MJC:mes 95414 \pleading\95415DStip.docx

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MANUEL NUNEZ | : | |
| | : | |
| VS. | : | C. A. NO. 12-78S |
| | : | |
| CITY OF PROVIDENCE, ET AL | : | |

## DISMISSAL STIPULATION

Plaintiff's claims are dismissed with prejudice, no interest, no costs, no fees.

/s/ John J. DeSimone
John J. DeSimone, Esq. #3373
Attorney for Plaintiff
735 Smith Street
Providence, RI  02908
PHONE:  (401) 454-1400
FAX:  (401) 454-1402


/s/ Michael J. Colucci
Michael J. Colucci, Esq. #3302
Attorney for Defendants, Castro, Tejada,
      Zambarano, Pryde & Courville
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI  02886
PHONE:  (401) 737-3700
FAX:  (401) 737-5499


/s/ Kevin F. McHugh
Kevin F. McHugh, Esq. #3927
Attorney for Defendant, City of Providence
Providence Law Department
444 Westminster Street, Suite 220
Providence, RI 02903
PHONE:  (401) 680-5333
FAX:  (401) 680-5520

DATED:  February 22, 2013